<partyblock>

The People of the State of New York, Respondent,

against

Omar Alarcon, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (James G. Clynes, J.), rendered June 20, 2018, convicting him, upon his plea of guilty, of attempted unlawful surveillance in the second degree, and imposing sentence.

Per Curiam.

Judgment of conviction (James G. Clynes, J.), rendered June 20, 2018, affirmed.

The record establishes that defendant's guilty plea to the charge of attempted unlawful surveillance in the second degree (see Penal Law  110/250.45[1]) was knowingly, intelligently and voluntarily made (see People v Conceicao, 26 NY3d 375 [2015]). At the plea proceeding held nine months after arraignment, counsel agreed that defendant would plead guilty in exchange for a conditional discharge, the condition being that defendant attend counseling until the end of the year and, in response to questions from the court, defendant stated that he had ample time to discuss his case with counsel, admitted his guilt to the charged unlawful surveillance offense, and waived specific constitutional rights, including the right to trial. Defendant also executed a form acknowledging receipt of a written copy of the terms of the conditional discharge and its expiration date (see CPL 410.10[1]).

In any event, the only relief defendant requests is dismissal of the accusatory instrument, rather than vacatur of the plea, and he expressly requests that this Court affirm his conviction if it does not grant dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see People v Conceicao, 26 NY3d at 385 n 1; People v Teron, 139 AD3d 450 [2016]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur  

Decision Date: November 13, 2019

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>